**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Amy M. Hutto, Clarence Rollins, Jr., Jason Reeves, and
John Doe, Defendants,

Of whom Amy M. Hutto is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-000453

———————————

Appeal From Richland County
Michelle M. Hurley, Family Court Judge

———————————

Unpublished Opinion No. 2018-UP-390
Submitted September 18, 2018 – Filed October 18, 2018

———————————

**AFFIRMED**

———————————

John Clark Phillips, Jr., of Law Office of John C.
Phillips, Jr., of Columbia; and Amy M. Hutto, pro se, for
Appellant.

Shannon Lee Felder, of the South Carolina Department
of Social Services, of Columbia, for Respondent.

Angela L. Kohel, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:**  Amy M. Hutto appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Hutto's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.